UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

———

JOSEPH MALATAMBAN RAAB,

   Plaintiff,      Case No. 2:19-cv-237

v.            Honorable Paul L. Maloney

JAMES P. LAMBROS et al.,

   Defendants.
_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's claims against Defendants Lambros, Sadler, MacGregor, and Stratton are **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

**IT IS FURTHER ORDERED** that Plaintiff's state law claims against Defendant MacGregor, if any, are **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction over them.

Dated: January 10, 2020    /s/ Paul L. Maloney
               Paul L. Maloney
               United States District Judge